840 A.2d 987

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Marcus ELLISON, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 14, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of November 2003, we **GRANT** this Petition for Allowance of Appeal, **VACATE** the Order of the Superior Court, and **REMAND** for reconsideration in light of our decision in *Commonwealth v. Liebel,* 573 Pa. 375, 825 A.2d 630 (2003).